Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: 18-cv-6428

JESSE J. BARNES
    v.

DONALD UHLER

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Petition for a Writ of Habeas Corpus is denied and the case is dismissed.


Date: November 9, 2021　　　　　　　　　　　　　　MARY C. LOEWENGUTH
　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　　　　　By: Lisa M. Duque
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk